IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SCOTT and MELISSA DICKINSON, | ) |
| Plaintiffs, | ) |
| vs. | ) CIVIL ACTION NO. 13-0631-CG-N |
| THE TERMINIX INTERNATIONAL COMPANY, LP, et al., | ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of all portions of the issues raised and a de novo determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated March 14, 2014 is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that the plaintiff's motion to remand is **GRANTED**, and as such, this case is **REMANDED** to the Circuit Court of Mobile County, Alabama, from whence it came.

**DONE and ORDERED** this 24th day of April, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE